**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CANDY RAY,

    Plaintiff,

v.                                              Case No: 5:17-cv-415-Oc-30PRL

NPRTO FLORIDA, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on Defendant's unopposed Motion for *Blinco* Stay Pending Appeal (Doc. 25) and Defendant's Motion for Leave to File Third-Party Complaint (Doc. 26). Defendant moved to compel arbitration (Doc. 14), which this Court denied. (Doc. 21). Defendant filed an interlocutory appeal of that Order, which is pending before the Eleventh Circuit. (Doc. 22). Now Defendant moves for a stay of these proceedings until the appeal is resolved, which Plaintiff does not oppose. (Doc. 25). Having considered the Motion, the law, and being otherwise informed in the premises, it is

ORDERED AND ADJUDGED that:

1. Defendant's unopposed Motion for *Blinco* Stay Pending Appeal (Doc. 25) is GRANTED.

2. This case is stayed. The parties may move the Court to reopen this case and lift the stay once the appeal is resolved.

3. Defendant's Motion for Leave to File Third-Party Complaint (Doc. 26) is DENIED without prejudice as moot. Defendant may refile the Motion pending the outcome of the appeal.

4. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of March, 2018.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record